**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    **JOHN J MCNISH**<br><br>**Debtor** | Chapter 13<br><br>Case No.19-11437-AMC |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: April 25, 2024      By:   */s/ Kenneth E. West*

                                  Kenneth E. West, Esquire, Chapter 13 Trustee
                                  P.O. Box 40837
                                  Philadelphia, PA  19107
                                  (215) 627-1377 (Phone)