United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John J. McNish  
    Debtor

Case No. 19-11437-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: May 03, 2024     Form ID: 138OBJ     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. McNish, 8512 Alicia Street, Apartment #2, Philadelphia, PA 19111-1302 |
| 14287659 | + | Abington Medical Specialists, 1235 Old York Rd, Suite 222, Abington, PA 19001-3841 |
| 14287662 | + | Blatt, Hasenmiller, Leibsker, Moore, 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14287669 | + | Colon and /rectal Assoc, 1235 Old York Rd, Suite G20, Abington, PA 19001-3893 |
| 14287674 | + | Foot & Ankle Specialty, 2400 Maryland Roaf, Unit 30, Willow Grove, PA 19090-1748 |
| 14287681 | + | MRS Associates, 3 Executive Campus, Suite 400, Cherry Hill NJ 08002-4103 |
| 14287678 | + | Michael Ratchford, Esquire, 409 Lacakanna Avenue, Scranton, PA 18503-2062 |
| 14287682 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14287683 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Patenaude and Felix A.P.C., 213 East Main Street, Carnegie, PA 15106 |
| 14287685 | + | Performant, PO Box 9045, Pleasanton, CA 94566-9028 |
| 14287687 | + | Philadelphia Hand to Shoulder Specialist, 950 Pulaski Drivr Suite 100, King of Prussia 19406-2802 |
| 14287691 | + | Sterling Jewlers, dba Kay Jewelers, 2500 Corporate Exchange D, Columbus, OH 43231-7665 |
| 14285341 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14287694 | + | TD Bank, 1835 Market Street, Philadelphia, PA 19103-2968 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14287660 | | Email/Text: collectors@arresourcesinc.com | May 03 2024 23:56:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14287661 | ^ | MEBN | May 03 2024 23:53:48 | Asset Recovery Solutions LLC, 2200 E Devon Ave Ste 200, Des Plaines Il 60018-4501 |
| 14287666 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14287667 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14382052 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14287664 | + | Email/Text: ecf@ccpclaw.com | May 03 2024 23:56:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

Case 19-11437-amc    Doc 46    Filed 05/05/24    Entered 05/06/24 00:30:22    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 03, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14287668 | + | Email/Text: bankruptcy@philapark.org | May 03 2024 23:56:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14287670 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 04 2024 00:09:59 | Dept of Ed / Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 14287671 | | Email/Text: bankruptcycourts@equifax.com | May 03 2024 23:56:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14287672 | ^ | MEBN | May 03 2024 23:53:36 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14287673 | | Email/Text: rj@ffcc.com | May 03 2024 23:56:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14287675 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2024 23:56:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14287663 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2024 00:09:58 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14287677 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 03 2024 23:56:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 14287679 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2024 23:56:00 | Midland Credit Management, 8875 Aero Drive, San Diego CA 92123-2255 |
| 14287680 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2024 23:56:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14287686 | ^ | MEBN | May 03 2024 23:53:56 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14287690 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2024 00:09:57 | Portfolio Recovery Associates, PO Box 12914, Norfolk VA 23541 |
| 14325624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2024 00:09:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14287684 | | Email/Text: bankruptcygroup@peco-energy.com | May 03 2024 23:56:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14287688 | + | Email/Text: bankruptcy@philapark.org | May 03 2024 23:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14301823 | + | Email/Text: bankruptcy@philapark.org | May 03 2024 23:56:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14287689 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2024 00:09:53 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14287692 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:48 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14287695 | | Email/Text: DASPUBREC@transunion.com | May 03 2024 23:56:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14287693 | | Email/Text: bncmail@w-legal.com | May 03 2024 23:56:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14379352 | | Email/Text: EDBKNotices@ecmc.org | May 03 2024 23:56:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14287665 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 03, 2024 | Form ID: 138OBJ | Total Noticed: 43

14287676 * I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor John J. McNish help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John J. McNish

        Debtor(s)          Case No: 19−11437−amc

        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/3/24

        45 − 39
        Form 138OBJ